Case 7:21-cr-02497 Document 1 Filed on 12/28/21 in TXSD Page 1 of 2

33

United States District Court
Southern District of Texas
FILED

DEC 28 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | Criminal No. M-21-2497 |
| ANDRES GARCIA, JR. § § also known as "Rojo" | |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about October 30, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ANDRES GARCIA, JR.
also known as "Rojo"**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 50 grams or more, that is, approximately 53 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Two

On or about December 3, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ANDRES GARCIA, JR.
also known as "Rojo"**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 50 grams or more, that is, approximately 246 grams of

controlled substance involved was 50 grams or more, that is, approximately 246 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY