IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF TEXAS MCALLEN
DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 7:21-CR-02497 |
| | § | |
| ANDRES GARCIA | § | |

## MOTION FOR PAYMENT OF CJA ATTORNEY FEES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW RUBEN LUNA, and makes this his Motion for FOR PAYMENT OF CJA ATTORNEY FEES, and would show unto the Court the following:

### I.

Defendant's case is set for SENTENCING on December 14, 2023 at 2pm. Counsel Ramos substituted in for Mr. Luna in the representation of Mr. Garcia on 11/08/2022. Mr. Ramos promised to pay Mr. Luna for his services rendered to Mr. Garcia on 11/07/2022. (SEE 'EXHIBIT B'). Mr. Luna and Mr. Ramos had a discussion before Mr. Luna signed the approval of substitution on 11/04/2022, regarding this particular issue. (SEE 'EXHIBIT A').

### II.

This Motion for Payment of CJA ATTORNEY FEES is not made for purposes of delay, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the Court ORDER that ANDRES GARCIA pay MR. Luna in the amount of $2500.00, which

includes the time spent preparing this motion, preparing for the hearing, and a personal appearance in Judge Alvarez' Court.

/s/ Ruben J Luna
**RUBEN J. LUNA**

Federal ID No. 3136281
State Bar No. 24076522
PO Box 1606
Pharr, TX 78577
Phone: (956) 900-4357
Fax: (956) 258-5042
rjlunalaw@gmail.com

### CERTIFICATE OF CONFERENCE

I certify that on the 20th day of November, 2023, at a conference was held with attorney Ramos, who was opposed to such motion.

/s/ Ruben J. Luna
RUBEN J. LUNA

### CERTIFICATE OF SERVICE

I certify that on the 20th day of November, 2023 a true and correct copy of the foregoing Motion was delivered to all involved parties, by the CM/ECF system.

/s/ Ruben J. Luna
RUBEN J. LUNA