## COURT FOR THE SOUTHERN DISTRICT
## OF TEXAS MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § | **CRIMINAL NO. 7:21-CR-02497** |
| **ANDRES GARCIA** | § | |

## **EXHIBIT B**

